### 55998. AUSTIN v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of possessing a deadly weapon without authority while in custody of a penal institution in violation of Code Ann. § 77-361. The sufficiency of the evidence to authorize conviction is the only issue raised on appeal. An examination of the evidence shows that the verdict was authorized.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED MAY 22, 1978 — DECIDED JUNE 15, 1978.

*Wensley Hobby,* for appellant.

*Dupont K. Cheney, District Attorney, Gary A.*

*Sinrich, Assistant District Attorney,* for appellee.